IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

APR 1 1 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

RUSSELL H. JONES, )
)
Plaintiff, )
)
vs. )        No. CIV-11-530-W
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
)
Defendant. )

## ORDER

On March 20, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this case and recommended that the decision of the defendant, Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Russell H. Jones be affirmed. Jones was advised of his right to file written objections to the Report and Recommendation, and the matter now comes before the Court on Jones' Objection to Report and Recommendation [Doc. 17].

Upon de novo review of the record, the Court finds no error has occurred warranting the requested reversal and remand. The Court therefore concurs with Magistrate Judge Purcell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and he applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 16] issued on March 20, 2012;

(2) AFFIRMS the Commissioner's decision to deny Jones' Applications for Disability Insurance Benefits and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this _11th_ day of April, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE